UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00210-MSK
Civil Action No. 04-cv-02088-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT B. SULLIVAN,

       Defendant.

---

## ORDER DENYING MOTIONS TO VACATE SENTENCE

---

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Vacate Sentence **(# 94)** and Amended Motion to Vacate Sentence **(# 95)**.

After a jury trial, the Defendant was convicted **(# 40)** of one count of unlawful possession of a firearm, 18 U.S.C. § 922(g), and sentenced **(# 49)** to 51 months' imprisonment. The Defendant appealed his conviction **(# 53)**, but on September 14, 2004, the 10th Circuit Court of Appeals affirmed **(# 70)** it. The Defendant then filed a motion to vacate **(# 71)** his sentence pursuant to 28 U.S.C. § 2255. On April 25, 2005, this Court denied **(# 83)** that motion. The Defendant appealed that denial **(# 84)**, but on May 10, 2006, the 10th Circuit affirmed **(# 93)**.

The Defendant then filed the instant Motions to Vacate Sentence. Pursuant to 28 U.S.C. § 2255, "a second or successive motion must be certified . . . by a panel of the appropriate court of appeals to contain" either newly discovered evidence or a new rule of constitutional law.

Because these successive § 2255 petitions by the Defendant do not contain the required

certification, the Motions to Vacate Sentence **(# 94, 95)** are **DENIED**.

The Court has *sua sponte* considered the factors relevant to the question of whether to

grant a Certificate of Appealability under 28 U.S.C. § 2253(c), *Slack v. McDaniel*, 529 U.S. 473,

483-84 (2000), and concludes that a Certificate of Appealability is not appropriate and is

therefore **DENIED**.

Dated this 25th day of August, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge

2